UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES—GENERAL

Case No. CV-19-8266-MWF (RAOx)     Date: December 11, 2019
Title:   Rochelle Lynn Fukuchi v. Stein Mart, Inc. et al.

Present: The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

| Deputy Clerk: | Court Reporter: |
|---|---|
| Rita Sanchez | Not Reported |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings (In Chambers):** ORDER REMANDING THE ACTION

On October 24, 2019, Plaintiff Rochelle Lynn Fukuchi filed a Motion for Leave to File First Amended Complaint and to Remand Action to State Court (the "Motion"). (Docket No. 8). On November 27, 2019, the Court granted in part and denied in part the Motion. (Docket No. 14). Specifically, the Court stated that "Plaintiff may file a First Amended Complaint on or before December 6, 2019," and if she does so, "the action will be remanded to Superior Court." (*Id.* at 13).

On December 4, 2019, Plaintiff filed a First Amended Complaint, adding three non-diverse defendants: Robert Hollenback, Raquel Ohkanes, and Joshua Atadero. (Docket No. 16). Because the joinder of these three defendants destroys the Court's diversity jurisdiction over this action, the Court **REMANDS** this action to the Los Angeles County Superior Court.

IT IS SO ORDERED.